FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 2 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01583-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

WILLIAM A. MAUNZ,

       Petitioner,

v.

DENVER DISTRICT COURT, Court Rm. 4H, and
THE PEOPLE OF THE STATE OF COLORADO,

       Respondents.

---

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCY

---

       Petitioner has submitted documents titled "Motion to Stay of Proceedings, C.R.S.

R. 39, Interlocutory Appeal," "Amended Complaint/Stay of Proceedings C.R.S. Rule 39"

and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §

1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has

determined that the submitted documents are deficient as described in this order.

Petitioner will be directed to cure the following if he wishes to pursue his claims. Any

papers which the Petitioner files in response to this order must include the civil action

number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**
(1)   __     is not submitted
(2)   __     is missing affidavit
(3)   __     is missing certified copy of prisoner's trust fund statement for the 6-month
                  period immediately preceding this filing

(4)  __  is missing certificate showing current balance in prison account
(5)  __  is missing required financial information
(6)  __  is missing an original signature by the prisoner
(7)  __  is not on proper form (must use the court's current form)
(8)  __  names in caption do not match names in caption of complaint, petition or habeas application
(9)  __  An original and a copy have not been received by the court. Only an original has been received.
(10) __  other:_____.

**Complaint, Petition or Application**:
(11) __  is not submitted
(12) X   is not on proper form (must use the court's current form)
(13) __  is missing an original signature by the prisoner
(14) __  is missing page nos. ___
(15) __  uses et al. instead of listing all parties in caption
(16) __  An original and a copy have not been received by the court.  Only an original has been received.
(17) __  Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) __  names in caption do not match names in text
(19) __  other _____

Accordingly, it is

ORDERED that the Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Petitioner files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Petitioner, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED June 22, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01583-BNB

William A Maunz
Prisoner No.  457517
Denver County Jail
PO Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241 form** to the above-named individuals on June 22, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk