**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01583-LTB

WILLIAM A. MAUNZ,

    Applicant,

v.

DENVER DISTRICT CT., and
THE PEOPLE OF THE STATE OF COLORADO,

    Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's "Motion for Stay of Proceedings Pursuant to Colo. Revised Statute Chap. 29 Rule 39/Interlocutory Appeal" (Doc. #11) filed on July 12, 2011, in which Applicant seeks the same relief he sought in the habeas corpus application filed in this action, is DENIED because the Court dismissed this action by order filed on July 7, 2011.

Dated: July 13, 2011