**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01583-LTB

WILLIAM A. MAUNZ,

     Applicant,

v.

DENVER DISTRICT CT., and
THE PEOPLE OF THE STATE OF COLORADO,

     Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

     Applicant's "Motion to Reconsider" (Doc. #15) filed on August 9, 2011, is
DENIED because it is not clear what order Applicant seeks to have the Court reconsider
or why.

Dated:  August 10, 2011