**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01583-LTB

WILLIAM A. MAUNZ,

    Applicant,

v.

DENVER DISTRICT CT., and
THE PEOPLE OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's "Motion/Petition for Recusal of Majistrate [sic] Judge Boyd N. Boland and Judge Lewis T. Babcock" (Doc. #31) filed on December 28, 2011, is DENIED as moot because this action was dismissed by order filed on July 7, 2011, and there are no other pending motions.

Dated:  January 3, 2012